*Friday, July 21, 1995*

## MOTION DOCKET

**95–1268.** In re Adoption of Baby Girl Dickson. *Fairfield County*, No. 94CA57. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution of court of appeals' judgment entry of May 19, 1995,

IT IS ORDERED by the court that the motion for stay of execution of the court of appeals' judgment entry of May 19, 1995, be, and hereby is, granted, pending final disposition by this court.

DOUGLAS and PFEIFER, JJ., dissent.

*Monday, July 24, 1995*

## MERIT DOCKET

**95–1457.** Marin v. McNamara. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition and was considered in a manner prescribed by law. Upon consideration of relator's application for temporary restraining order and motion to expedite,

IT IS ORDERED by the court that the application for temporary restraining order and motion to expedite be, and hereby are, denied.

IT IS FURTHER ORDERED by the court that the writs of mandamus and prohibition be, and hereby are, denied, and this cause is dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

*Thursday, July 27, 1995*

## MERIT DOCKET

**94–2494.** State v. Dougherty. *Hancock County*, No. 5–94–2. This cause, here on appeal from the Court of Appeals for Hancock County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed, the appeal of appellant is reinstated for consideration on the merits, and the parties are ordered to comply with the following briefing schedule in the court of appeals.

Appellant's brief shall be due within thirty days from the date of this entry; appellee's brief shall be due within ninety days after the filing of appellant's brief; and appellant's reply brief shall be due within thirty days after the filing of appellee's brief.

It is further ordered that the appellant recover from the appellee its costs herein expended; and that a mandate be sent to the Court of Appeals for Hancock County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Hancock County for entry.

MOYER, C.J., DOUGLAS, WRIGHT, TYACK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

G. GARY TYACK, J., of the Tenth Appellate District, sitting for RESNICK, J.

## MOTION DOCKET

**85–1209.** State v. Scott. *Cuyahoga County*, No. 48609. On motion to set execution date. Motion granted.